

# U. S. Department of Justice

## *George E. B. Holding*
*United States Attorney*
*Eastern District of North Carolina*

---

*Terry Sanford Federal Building*
*310 New Bern Avenue*
*Suite 800*
*Raleigh, North Carolina 27601-1461*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

## NOTICE OF RELATED CASES

DATE:       May 20, 2009

TO:         Clerk's Office
            United States District Court
            Raleigh, North Carolina

FROM:       REBECCA W. HOLT
            Special Assistant United States Attorney
            Criminal Division

SUBJECT:    United States v. JAMES CLEVELAND VICK
            Docket No. *5:09cr149-1* Western Division

The above-named case is being presented for indictment on May 20, 2009. The indictment charges Defendant Vick with conspiracy to possess with the intent to distribute 50 grams or more of cocaine base (crack), one count of aiding and abetting another and did distribute 50 grams of cocaine base (crack), and two counts distribution 50 grams of cocaine base (crack).

A previously filed indictment, United States v. Quentin Privette, Docket No. 5:08-CR-191-F, aries out of a drug conspiracy. It is alleged that Vick is involved in dealing drugs and is being supplied by the same source as was supplying Privette. Privette's prosecution is part of OCDETF Operation Grand Slam. Substantial duplication of labor would be required if these cases were heard by different judges.

Reviewed and approved by: _____
                          JOHN STUART BRUCE
                          First Assistant U.S. Attorney