

U. S. Department of Justice

*George E. B. Holding*
*United States Attorney*
*Eastern District of North Carolina*

C

| | |
|---|---|
| *Terry Sanford Federal Building* | *Telephone (919) 856-4530* |
| *310 New Bern Avenue* | *Criminal FAX (919) 856-4487* |
| *Suite 800* | *Civil FAX (919) 856-4821* |
| *Raleigh, North Carolina 27601-1461* | *www.usdoj.gov/usao/nce* |

M E M O R A N D U M

DATE: May 20, 2009

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: GEORGE E. B. HOLDING
United States Attorney

ATTN OF: REBECCA W. HOLT
Special Assistant United States Attorney

SUBJECT: U.S. v. JAMES CLEVELAND VICK, ET. AL.
No. 5:09cr149-1  WESTERN DIVISION
5:09cr149-2

Please issue a warrant for the arrest of the above-named defendants and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

Detention is recommended, and the warrant should be returnable before the U.S. Magistrate Judge.

RWH:ap

cc: US Marshal Service
US Probation Office