```
                    UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                         WESTERN DIVISION

                        No. 5:09-CR-149-F


UNITED STATES OF AMERICA        )
                                )    NOTICE OF SUBSTITUTION
        v.                      )         OF COUNSEL
                                )
JAMES CLEVELAND VICK            )
```

NOW COMES the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and gives notice to this Honorable Court of the substitution of the undersigned Special Assistant United States Attorney as counsel for the Government in the above-referenced action.

Respectfully submitted, this 26th day of October 2009.

```
                            GEORGE E.B. HOLDING
                            United States Attorney


                            /s/ Deborah Shandles
                            DEBORAH SHANDLES
                            Special Assistant U.S. Attorney
                            310 New Bern Avenue
                            Suite 450
                            Raleigh, North Carolina 27601
                            Telephone: 919-856-4530
                            Fax: 919-856-4487
                            E-mail: Deborah.Shandles@usdoj.gov
                            Bar No. 6968079
```

CERTIFICATE OF SERVICE

I hereby certify that today, October 26, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Geoffrey W. Hosford
>Attorney for Defendant
>Post Office Box 1653
>Wilmington, NC 28402

>/s/ Deborah Shandles
>DEBORAH SHANDLES
>Special Assistant U.S. Attorney
>310 New Bern Avenue
>Suite 450
>Raleigh, North Carolina 27601
>Telephone: 919-856-4530
>Fax: 919-856-4487
>E-mail: Deborah.Shandles@usdoj.gov
>Bar No. 6968079