# UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF NORTH CAROLINA

**James M. Johnston, Jr.**
**Chief U.S. Probation Officer**

REPLY TO: 310 Dick Street
Fayetteville, NC 28301-5730
910-486-5703 ext 236
Fax: (910) 483-2690

**DATE:** June 1, 2010

**FROM:** Mary K. Parker
Senior U.S. Probation Officer

**SUBJECT:** Christopher Demarcus Bethea
Docket #: 5:09-CR-249-1F
Ronald Dixon McBride
Docket #: 5:09-CR-249-2F

**TO:** Honorable James C. Fox
Senior U.S. District Judge

The defendants pled guilty on March 22, 2010, and are scheduled for sentencing during the June 10, 2010, term of court. Presently, the first drafts of the Presentence Reports have not been disclosed in accordance with the Local Rules, and the investigation process is ongoing. Therefore, it is respectfully requested that continuances be granted until the August 2010 term of court.

Counsel for the government and the defendant have been contacted, and there are no objections to the proposed continuance. If the court concurs, the proposed Order is attached for your consideration. Should additional information regarding this request be required, please advise.

xc: Sheila Foell, Deputy Clerk of Court
    Demetrics D. Davis, DCUSPO