UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-cr-00149-F

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NOTICE OF SUBSTITUTION |
| v. ) | OF COUNSEL |
| ) | |
| DAVID LEE RICHARDSON ) | |

NOW COMES the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and gives notice to this Honorable Court of the substitution of the undersigned Assistant United States Attorney as counsel for the Government in the above-referenced action.

Respectfully submitted, this the 15th day of January, 2016.

JOHN STUART BRUCE
Acting United States Attorney

By: /s/ Jonathan P. Holbrook
JONATHAN P. HOLBROOK
Special Assistant U.S. Attorney
Criminal Division
310 New Bern Avenue, Ste. 800
Raleigh, NC 27601
Telephone no. 919-856-4530
Fax no. 919-856-4487
Email: jonathan.holbrook@usdoj.gov
N.C. Bar No. 35343